# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00129-CR

**Corinne Chapa Klinzmann, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR-2010-289, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Corinne Chapa Klinzmann has filed a notice of appeal from her conviction following a plea of guilty to the offense of burglary of a habitation. *See* Tex. Penal Code Ann. § 30.02 (West 2011). The district court has certified that this is a plea-bargain case, Klinzmann has no right of appeal, and Klinzmann has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Henson

Dismissed

Filed: August 28, 2012

Do Not Publish